UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TELEPET USA, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant(s). | Case No. 2:15-CV-846 JCM (GWF) <br><br> ORDER |

Presently before the court is defendants Qualcomm Incorporated; Snaptracs, Inc.; Dudley Fetzer; Alex Rogers; James Hoffmann; and Dave Vigil's (collectively "defendants") motion to strike. (Doc. # 28).

On June 23, 2015, defendants filed a motion to compel arbitration and to dismiss. (Doc. # 22). On June 24, 2015, defendants filed the instant motion asking the court to strike exhibits B1 to B4 to their motion to compel, on the grounds that these documents were inadvertently attached. (Doc. # 28).

Defendants state that they included the wrong documents as exhibits B1 to B4. Defendants attach the correct document as exhibit B to the instant motion, and ask that the court allow them to file the attached exhibit B in place of exhibits B1 to B4. (Doc. # 28).

Plaintiff Telepet USA, Inc. ("plaintiff") has not filed any response in opposition to the instant motion. The court finds good cause to grant the motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to strike, (doc. # 28), be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that defendant's exhibits B1 through B4, (docs. # 23, 24, 25, 26), be, and the same hereby are, STRICKEN from the record.

    IT IS FURTHER ORDERED that defendant shall file the attached exhibit B, (doc. # 28-1), forthwith.

DATED August 3, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**