UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TELEPET USA, INC., | Case No. 2:15-cv-00846-JCM-GWF |
| Plaintiff, | ORDER |
| v. | |
| QUALCOMM, INCORPORATED, et al., | |
| Defendants. | |

Presently before the court is plaintiff's motion for an extension of time to respond to defendants' motion for sanctions. (Doc. # 59). Defendants have not filed a response to plaintiff's motion.

On July 13, 2015, defendants filed a motion for sanctions, requesting attorneys' fees, costs, and other expenses incurred by defendants regarding the instant litigation. (Doc. # 32). On August 7, 2015, defendants filed a notice that plaintiff had not filed its opposition, requesting that this court grant its motion for sanctions because plaintiff's "failure to enter a response should be construed as consent" to granting defendant's motion. (Doc. # 51 at 2).

On August 12, 2015, plaintiff filed a motion requesting an additional 15 days to file his opposition to defendants' motion for sanctions. (Doc. # 59 at 3). As the relief sought by defendants is likely to be large, the court will afford plaintiff an additional 15 days from the date of this order to file a response to defendants' motion for sanctions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for an extension of time to file his opposition to defendants' motion for sanctions (doc. # 59), be, and the same hereby is, GRANTED, consistent with the foregoing.

1   IT IS FURTHER ORDERED that plaintiff shall have 15 days from the date of this order to file a response to defendants' motion for sanctions. Defendants shall have 14 days from the date of filing of plaintiff's response to file a reply.

DATED THIS 30th day of October, 2015.

*[signature]*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE