# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TELEPET USA, INC.,

        Plaintiff,

vs.

QUALCOMM, INCORPORATED, *et al.*,

        Defendants.

Case No. 2:15-cv-0846-JCM-GWF

**ORDER**

    This matter is before the Court on Defendants Qualcomm, Incorporated, Snaptracs, Inc., Dudley Fetzer, Alex Rogers, James Hoffman, and Dave Vigil's ("Defendants") Motion for Oral Argument on Defendants' Motion for Sanctions (ECF No. 80), filed on October 18, 2016.

    Defendants request that the Court set oral argument on their Motion for Sanctions (ECF No. 32) that was filed on July 13, 2015. Defendants moved for sanctions against Plaintiff pursuant to Rule 11 of the Federal Rules of Civil Procedure. After seeking an extension of time to file a response, Plaintiff filed its Opposition on November 17, 2015 (ECF No. 71) and Defendants filed their Reply on December 1, 2015 (ECF No. 74). The Court granted Defendants' Motion to Compel Arbitration and to Dismiss (ECF No. 22) on November 24, 2015. Defendants filed their Notice of Final Award in Related Arbitration (ECF No. 76) on September 14, 2016 and Plaintiff filed its Response (ECF No. 77) on October 3, 2016. As such, this case was terminated on November 24, 2015 and Defendants' Motion for Sanctions is no longer pending. Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion for Oral Argument on Defendant's Motion for Sanctions (ECF No. 80) is **denied**.

    DATED this 24th day of October, 2016.

                                                                _____
                                                                GEORGE FOLEY, JR.
                                                                United States Magistrate Judge